UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEIZURE OF $21,150.00 IN U.S. CURRENCY, $10,079.00 IN U.S. CURRENCY, $836.00 IN U.S. CURRENCY AND $430.00 IN U.S. CURRENCY. | Case No. 2:24-CM-00038<br><br>[PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE CIVIL FORFEITURE COMPLAINT |
|---|---|

Pursuant to the stipulation and request of the parties, and good cause appearing therefore, IT IS ORDERED that, pursuant to 18 U.S.C. § 983(a)(3)(A), the deadline by which the government shall be required to file a complaint for forfeiture and/or to obtain an indictment with respect to $21,150.00 in U.S. Currency (Consolidated Asset Tracking System Identification Number ("CATS ID") 23-IRS-000789), $10,079.00 in U.S. Currency (CATS ID 23-IRS-000790), $836.00 in U.S. Currency (CATS ID 23-IRS-000788), $430.00 in U.S. Currency (CATS ID 23-IRS-000787) seized from a building, located at

//
//
//
//
//
//

817 South Palm Avenue, Alhambra, California 91803, on or about September 29, 2023, shall be extended until and including June 24, 2024.

    IT IS SO ORDERED.

_____      _____
DATE                                  UNITED STATES DISTRICT JUDGE

Presented by:

    */s/Alexander Su*
ALEXANDER SU
Assistant United States Attorney

**PROOF OF SERVICE BY E-MAIL**

I am a citizen of the United States and a resident of or employed in Los Angeles County, California; my business address is the Office of United States Attorney, 312 North Spring Street, 14th Floor, Los Angeles, California 90012; I am over the age of 18; and I am not a party to the above-titled action;

On February 12, 2024, I served a copy of: **[PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE CIVIL FORFEITURE COMPLAINT** on each person or entity named below by transmitting the document by electronic mail to the e-mail address indicated for receipt of e-mail on the date and place shown below following our ordinary office practices.  Each person has given consent to receive service by e-mail.

**TO:**
Kevin J. Cole Esq.
KJC Law Group
9701 Wilshire Blvd., Suite 1000
Beverly Hills, CA 90212
Email: kevin@kjclawgroup.com

I am readily familiar with the practice of this office for transmittal of electronic mail from a desktop computer which allows for confirmation that an e-mail message was sent on a particular day and time.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: February 12, 2024 at Los Angeles, California.

*Luis F. Chaves*
**LUIS F. CHAVES**
Paralegal III, FSA